# United States Court of Appeals

## For the First Circuit

No. 04-9009

IN RE ROBERT LOUIS MARRAMA,

Debtor

ROBERT LOUIS MARRAMA,

Appellant,

v.

CITIZENS BANK OF MASSACHUSETTS AND
MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE,

Appellees.

**ERRATA SHEET**

The opinion of this Court issued on October 31, 2005, is amended as follows:

Cover sheet, appearances:

l.2: "DeGiamomo" should be changed to "DeGiacomo";

ll.7-9: Should be replaced with the following: "Lynne F. Riley, with whom Riley & Esher, were on brief for Amicus Curiae, National Association of Bankruptcy Trustees."

ll.10-14: Insert the following: "Gary Klein, with whom Roddy, Klein & Ryan, and John Rao, National Consumer Law Center, were on brief for Amicus Curiae, National Association of Consumer Bankruptcy Attorneys."